UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
(Both Cases)

| | | |
|---|---|---|
| SYNTHON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 5:10-CV-150-D |
| | ) | |
| ELI LILLY AND COMPANY and ICOS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ELI LILLY AND COMPANY and ICOS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 5:10-CV-402-D |
| | ) | |
| SYNTHON PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 25, 2015, Eli Lilly and Company and ICOS Corporation's (collectively "Lilly") moved to reinstitute the stay in the above-captioned actions pending resolution of petitions for *Inter Partes* Review ("IPR") of the only asserted patents in this case: IPR2015-00561 concerning U.S. Patent No. 7,182,958 and IPR2015-00562 concerning U.S. Patent No. 6,821,975. See [D.E. 36]. For the reasons set forth in Lilly's supporting brief, a stay of these actions is warranted. Thus, the court grants the motion to stay.

In sum, Lilly's motion to stay [D.E. 36] is GRANTED, and all proceedings in this case are stayed pending resolution of IPR2015-00561 and IPR2015-00562. Synthon Pharmaceuticals, Inc.'s motion for a scheduling order [D.E. 39] is DENIED.

SO ORDERED. This __2__ day of October 2015.

JAMES C. DEVER III
Chief United States District Judge