UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
(Both Cases)

| | |
|---|---|
| SYNTHON PHARMACEUTICALS, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY and )<br>ICOS CORPORATION, )<br>)<br>Defendant. )<br>) | 5:10-CV-150-D |
| ELI LILLY AND COMPANY and )<br>ICOS CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYNTHON PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | 5:10-CV-402-D |

**ORDER**

On October 2, 2015, the court granted Eli Lilly's motion to stay actions pending resolution of petitions for *Inter Partes* Review ("IPR") of the only asserted patents in this case: IPR2015-00561 concerning U.S. Patent No. 7,182,958 and IPR2015-00562 concerning U.S. Patent No. 6,821,975. See [D.E. 49]. On October 21, 2015, Synthon Pharmaceuticals, Inc. filed a motion for reconsideration and supporting memorandum [D.E. 50, 52]. On November 12, 2015, Eli Lily and ICOS Corporation responded in opposition [D.E. 53]. The court has considered the record under the governing standard. See, e.g., Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v.

Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 50] is DENIED.

SO ORDERED. This 17 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge

2